O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRISANN M. CONROY, | ) | Case No. EDCV 12-00384 DDP (SPx) |
| | ) | |
|             Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S MOTION** |
| | ) | **TO DISMISS, DENYING PLAINTIFF'S** |
|    v. | ) | **EX PARTE APPLICATION, AND** |
| | ) | **DISMISSING COMPLAINT WITH LEAVE** |
| CAPITAL ONE, N.A., | ) | **TO AMEND** |
| | ) | |
|             Defendant. | ) | [Docket Nos. 7 and 12] |
| _____ | ) | |

    Presently before the court are Defendant's Motion to Dismiss Plaintiff's Complaint ("Motion") and Plaintiff's Ex Parte Application to File Opposition to Motion to Dismiss ("Ex Parte Application"). Having reviewed the parties' submissions, the court grants the Motion, denies the Ex Parte Application, and dismisses the Complaint with leave to amend.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

The hearing on Defendants' Motion was set for April 23, 2012. Plaintiff's opposition was therefore due by April 2, 2012. Plaintiff had not filed an opposition, or any other filing that could be construed as a request for a continuance, by that date. Since then, Plaintiff, previously appearing in pro per, has apparently retained counsel. Plaintiff's counsel filed a Notice of Entry of Appearance and an Ex Parte Application on April 17, 2012. In the Ex Parte Application, Plaintiff requests leave to file a late opposition to Defendant's Motion or, in the alternative, leave to file a first amended complaint.

The court denies Plaintiff's request for leave to file a late opposition, made only days before the Motion hearing date. The court therefore grants Defendant's Motion, pursuant to Local Rules 7-9 and 7-12. However, because Plaintiff was previously representing herself and now has counsel, the court dismisses Plaintiff's Complaint without prejudice. Plaintiff and her counsel may file a first amended complaint within 20 days of this Order.

IT IS SO ORDERED.

Dated: April 24, 2012

DEAN D. PREGERSON
United States District Judge