cc: order, docket, remand letter
to San Bernardino Superior Court,
Big Bear District, Victorville,
No. CIVHS 1200005

O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRISANN M. CONROY, | ) | Case No. EDCV 12-00384 DDP (SPx) |
| Plaintiff, | ) ) | **ORDER REMANDING CASE TO STATE COURT** |
| v. | ) ) | |
| CAPITAL ONE, N.A., QUALITY LOAN SERVICES CORPORATION, | ) ) ) | [Docket No. 20] |
| Defendants. | ) ) | |

Plaintiff originally filed suit against Defendant Capital One, N.A. in California state court, on February 10, 2012. Defendant then removed the action to this court on the basis of diversity jurisdiction, on March 14, 2012. On May 15, 2012, Plaintiff filed a First Amended Complaint, alleging only state law claims and adding Defendant Quality Loan Services Corporation. In short, Plaintiff contends that Defendants agreed to a loan modification, but then breached this agreement, thereby causing her significant damages.

The court finds that it lacks subject matter jurisdiction over this action. Because Plaintiff alleges only state law claims,

there is no federal question jurisdiction pursuant to 28 U.S.C. § 1331.  Nor is there diversity jurisdiction under 28 U.S.C. § 1332.  Section 1332 provides that district courts have original jurisdiction "of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between . . . citizens of different States."  28 U.S.C. § 1332(a)(1).  Complete diversity of citizenship is required, meaning each of the plaintiffs must be a citizen of a different state than each of the defendants.  <u>Caterpillar Inc. v. Lewis</u>, 519 U.S. 61, 68 (1996).  Here, both Plaintiff and Defendant Quality Loan Services Corporation are citizens of California.  <u>See</u> Compl. ¶¶ 1, 3; <u>Fromkin v. IndyMac Bank FSB</u>, No. 10-CV-8014, 2010 WL 1381670, at *1 (D. Ariz. Mar. 31, 2010) ("Quality Loan Services, Inc. is a California corporation with its principal place of business in California.").

Accordingly, the court hereby REMANDS the entire matter to California state court.  The court also VACATES the pending Motion to Dismiss.

IT IS SO ORDERED.


Dated: August 17, 2012

DEAN D. PREGERSON
United States District Judge

2